**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Western Division**


Elio Galo

                                        Plaintiff,

v.                                                            Case No.: 3:25−cv−50302
                                                              Honorable Iain D. Johnston

Cleo Communications US, LLC, et al.

                                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, August 5, 2026:


        MINUTE entry before the Honorable Iain D. Johnston: On 7/10/2026 the Court granted the parties' motion to consolidate numerous cases against Cleo Communications. See Dkt. 67 in 25 CV 50125. However, the motion to consolidate did not include two of the cases against Cleo Communications: Galo v. Cleo Communications (25 CV 50302) and L.B. v. Cleo Communications (25 CV 50245). By 8/10/2026 the parties shall file a joint position paper on whether this case should also be consolidated into 25 CV 50125.(yxp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.