**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

|  |  |
|---|---|
| CASSANDRA MUNOZ, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CLEO COMMUNICATIONS, INC., <br><br> Defendant. | Case No. 3:25-cv-50125 <br><br> Honorable Iain D. Johnston |

## ORDER

THIS MATTER, having come before the Court by Plaintiff Cassandra Munoz ("Plaintiff")

and Defendant Cleo Communications, Inc. ("Cleo") in their Joint Status Report, Notice of

Settlement, and Joint Renewed Motion to Consolidate and to Continue Stay, and the Court having

read the papers, IT IS ORDERED that:

1. The Court hereby consolidates the following cases, as well as any future related actions

filed on behalf of consumers: *Munoz v. Cleo Commc'ns., Inc.*, No. 3:25-cv-50125 (N.D. Ill.);

*Rangel v. Cleo Commc'ns., Inc.*, No. 3:25-cv-50128 (N.D. Ill.); *Doe v. Cleo Commc'ns., Inc.*, No.

3:25-cv-50145 (N.D. Ill.); *Doe v. Cleo Commc'ns., Inc.*, No. 3:25-cv-50155 (N.D. Ill.); *Doe v.

Cleo Commc'ns., Inc.*, No. 3:25-cv-50158 (N.D. Ill.); *Welch Burg v. Cleo Commc'ns., Inc.*, No.

3:25-cv-50159 (N.D. Ill.); *Jiwani v. . Cleo Commc'ns., Inc. et al.*, No. 3:25-cv-50176 (N.D. Ill.);

1

*West v. Cleo Communications, Inc., et al.*, No. 3:25-cv-50177 (N.D. Ill.); *Jonte v. The Hertz Corporation et al.*, No. 3:25-cv-50178 (N.D. Ill.); *White v. Cleo Commc'ns. US, LLC et al.*, No. 3:25-cv-50184 (N.D. Ill.); *Boles v. Cleo Commc'ns., Inc. et al.*, No. 3:25-cv-50185 (N.D. Ill.); *Anderson v. Cleo Commc'ns., Inc. et al.*, No. 3:25-cv-50190 (N.D. Ill.); *Sheth v. Cleo Commc'ns., Inc. et al.*, No. 3:25-cv-50194 (N.D. Ill.); *Bowers v. Cleo Commc'ns., Inc. et al.*, No. 3:25-cv-50195 (N.D. Ill.); Crawford v. Cleo Commc'ns., Inc., No. 3:25-cv-50217 (N.D. Ill.); *L.B. v. Cleo Commc'ns., Inc.*, No. 3:25-50245 (N.D. Ill.); *Galo v. Cleo Commc'ns. US, LLC et al.*, No. 3:25-cv-50302 (N.D. Ill.); *Ashley v. Cleo Commc'ns., Inc.*, No. 3:25-cv50172 (N.D. Ill.); *Laughlin v. Cleo Commc'ns. US, LLC et al.*, No. 3:25-cv-50203 (N.D. Ill.); *Camplese v. Cleo Commc'ns., Inc.*, No. 3:25-50242 (N.D. Ill.) (the "Related Actions").

2. The files of the Related Actions shall be maintained under the Master File Case No. 3:25-cv-50125, the docket number assigned to the first-filed case, and be recaptioned *In re Cleo Communications Data Breach Litigation*.

3. If the Court determines that a case is related, the clerk shall:

    a. Place a copy of this Order in the separate file for such action;

    b. Serve on Plaintiffs' counsel in the new case a copy of this Order;

    c. Direct that this Order be served upon Defendant(s) in the new case; and

    d. Make appropriate entry in the docket.

4. Plaintiffs shall file a Consolidated Complaint before filing their Motion for Preliminary Approval;

5. Plaintiffs shall file their Motion for Preliminary Approval within 30 days of the order granting consolidation.

6. The stay that is currently in place shall continue pending the Court's consideration of the Motion for Preliminary Approval and thereafter Plaintiffs' Motion for Final Approval.

**Date: July 10, 2026**                          **IT IS SO ORDERED.**

_____
Iain D. Johnston, Judge
U.S. District Court, Northern District of Illinois

3